STATE OF WISCONSIN ) AFFIDAVIT FOR
) WITNESS
COUNTY OF COLUMBIA ) Randall Weber 202209

DOC NO REC'D/FILED
2010 JUL 14 AM 9:06
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

I LUIS RAMIREZ, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28. U.S.C. § 1746 That:

1) This witness agreed to testify on 3-25-10 no promises, threats, or money was offered to him for his testimoney.

2) This inmate has gone through methadone **withdraws** in C.C.I while under the care of CCI Staff.

3) he can also testify that I was on methadone since 2005 because he was in waupun with me.

4) This can prove that I was on this for a long time and I had an addiction just like anyone else that has been on methadone for a long time.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct executed on July 6, 2010

Respectfully
*[signature]*
LUIS A RAMIREZ