IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS A. RAMIREZ,

                Plaintiff,                                    ORDER

      v.                                                   09-cv-314-bbc

CURTIS DELONG, MARK ISAACSON
and VICTOR TRIMBLE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on July 29, 2010, I asked defendants to respond with any objections that they may have to plaintiff Luis Ramirez's request to wear street clothes at trial. Dkt. #147. Defendants have filed a response, indicating that they have no objections provided that plaintiff makes arrangements for his own street clothing and that he changes into and out of his street clothing in the holding cell at the federal courthouse so that he remains in his prison uniform during transport. Dkt. #157.

Defendants' conditions are reasonable. Plaintiff's request to wear street clothes at trial will be granted subject to the conditions proposed by defendants. Plaintiff must arrange with family members or friends to have his street clothing delivered to the office of the

1

United States Marshal, 120 N. Henry Street, Madison, WI 53703, by 8:00 a.m., August 23, 2010.  Alternatively, he could ask prison officials to transfer his clothing to the marshal when they bring him to the courthouse for trial.  Whether they would agree to do so is a matter within their discretion.  As defendants suggest, if plaintiff is unable to obtain street clothes on his own, defendants will provide plaintiff a green prison uniform that he may choose to wear at trial instead of his usual orange uniform.  If plaintiff chooses this option, he must advise defendants at least three days in advance of trial.

ORDER

IT IS ORDERED that plaintiff Luis Ramirez's request to wear street clothes at trial is GRANTED provided that plaintiff arranges for his own street clothes and changes into and out of his street clothes in the holding cell at the federal courthouse.

Entered this 6th day of August, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge