IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS A. RAMIREZ,

                Plaintiff,                                        ORDER

      v.                                               09-cv-314-bbc

CURTIS DELONG, MARK ISAACSON
and VICTOR TRIMBLE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Luis Ramierez has filed a "motion for injunction," in which he asks the court to enjoin his transfer from the Columbia Correctional Institution to the Waupun Correctional Institution until after next week's trial. Dkt. #179. That motion is DENIED as unnecessary. Counsel for defendants has represented to the court that plaintiff will not be transferred before the trial. Dfts.' Br., dkt. #183, at 1. If counsel has any reason to

believe that this will change, she should notify the court immediately.

Entered this 17th day of August, 2010.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge