IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUIS A. RAMIREZ,

                    Plaintiff,                    ORDER

            v.                                  09-cv-314-bbc

CURTIS DeLONG, MARK ISAACSON
and VICTOR TRIMBLE,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At the conclusion of the trial in this case on August 24, 2010, I advised plaintiff Luis Ramirez that because of his egregious conduct in this case, I would not allow him to file any new lawsuit in this court until after August 24, 2013.  I imposed this sanction because of his false testimony at trial and in his deposition, his admissions on the stand that he had lied about various matters and the lack of any factual basis for his suit.  I noted that he had relied upon a fraudulent "journal" purporting to be a diary prepared contemporaneously with the events that were the subject of his law suit.  This prohibition extends to cases filed by plaintiff on his own behalf or on behalf of any other litigant.  It does not prohibit plaintiff from filing a suit if he has factual evidence to show that he is in imminent danger of harm

1

or from filing a petition for a writ of habeas corpus. However, as I told plaintiff, if he does file a suit alleging imminent harm and his claim turns out to be untruthful, I will consider additional sanctions.

ORDER

IT IS ORDERED that Luis Ramirez is prohibited from filing any lawsuits in this court on his own or someone else's behalf until August 24, 2013. This prohibition does not apply to suits alleging imminent danger or petitions for writs of habeas corpus. The clerk of court should not docket any filings from plaintiff but should direct them to chambers for a determination that they do or do not fall under the terms of this order.

Entered this 25th day of August, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge