IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS A. RAMIREZ,

    Plaintiff,

v.

DR. SULIENE, RICK RAEMISCH,
SANDRA SITZMN, LORI ALSUM,
LESLIE WINSLOW-STANLEY,
FAYE HART, THOMAS SCHOENEBERG,
CURTIS DELONG, STANLEY MADAY, JR.,
ISAAC HART, MARK ISAACSON,
VICTOR TRIMBLE, MAURY THILL, JACOB
ZIMMERMAN,
WILLIAM LEFEVRE, MICKEY PAUL
PAFFORD, LUCAS WOGERNESE and BRIAN
HERBRAND

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-314-bbc

This action came before the court and a jury with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 25th day of August, 2010.

*Barbara B Crabb*
BARBARA B. CRABB,
DISTRICT JUDGE

*Peter Oppeneer*    8/26/10
Peter Oppeneer, Clerk of Court    Date